THOMAS P. CAMPBELL et al., Respondents, v. HANNAH REGINA ROCKWELL et al., Defendants.

CHARLES E. EICKHOFF et al., Appellants.

*Campbell* v. *Rockwell*, 62 App. Div. 266, appeal dismissed.
(Argued October 1, 1901; decided October 4, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June

24, 1901, affirming an order of Special Term denying a motion to vacate a certain judgment and to admit the appellants herein as parties to the action.

*F. De Lysle Smith* for appellants.

*William H. Stockwell* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.